UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JUDY FLUMMERFELT, *et al.*, | Case No. 22-10067 |
| Plaintiff,<br>v. | F. Kay Behm<br>United States District Judge |
| CITY OF TAYLOR, *et al.*, | Elizabeth A. Stafford<br>United States Magistrate Judge |
| Defendants.<br>_______________________ / | |

**JUDGMENT**

In accordance with the Opinions and Orders dated July 21, 2023 (ECF No. 97), March 6, 2025 (ECF No. 201), and November 20, 2026 (ECF No. 230), along with the Stipulated Order of Dismissal with Prejudice dated September 3, 2026 (ECF No. 223), as to Counts I, III, IV, VI, VII of the Amended Complaint, judgment is entered in favor of Defendants and against Plaintiffs. In accordance with the Opinion and Order on Defendant Wayne County's Motion for Order Declining Supplemental Jurisdiction Over Plaintiff's State Constitutional Inverse Condemnation Claim (ECF No. 231) issued on November 20, 2026, Plaintiffs' state law inverse condemnation claims (Counts II and VIII of the Amended Complaint) are **DISMISSED** without prejudice.

**SO ORDERED.**

Date: November 20, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge